BANK OF AMERICA, NATIONAL ASSOCIATION, APPELLEE, *v.* JIMENEZ ET AL.,
APPELLANTS.

[Cite as *Bank of Am., Natl. Assn. v. Jimenez,* 134 Ohio St.3d 360,
2012-Ohio-5499.]

*Court of appeals' judgment reversed and cause remanded for further proceedings
consistent with* Fed. Home Loan Mtge. Corp. v. Schwartzwald.

(No. 2011-2104—Submitted December 4, 2012—Decided December 5, 2012.)

APPEAL from the Court of Appeals for Delaware County,

No. 2011CAE050046, 2011-Ohio-5606.

_____

**{¶ 1}** The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings consistent with *Fed. Home Loan Mtge. Corp. v. Schwartzwald*, 134 Ohio St.3d 13, 2012-Ohio-5017, 979 N.E.2d 1214.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Thompson Hine, L.L.P., Scott A. King, and Nicholas W. Myles, for appellee.

Duncan Simonette, Inc., Brian K. Duncan, and Elliot B. Garvey, for appellants, Ezekiel Jimenez and Azar Sarikhani.

_____